IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

December 13, 2024

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
DEPUTY CLERK

| | |
|---|---|
| **TERESA SUE RILEY,** | ) |
| Plaintiff, | ) Case No. 1:23-cv-036 |
| v. | ) By:   Michael F. Urbanski |
| | ) Senior United States District Judge |
| **LONESOME PINE DINING, INC.,** et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff Teresa Sue Riley filed a notice of voluntary dismissal of this action on December 9, 2024 pursuant to Federal Rule of Civil Procedure ("Rule") 41, requesting that this court dismiss all claims alleged against all defendants with prejudice. ECF No. 27. Plaintiff explained that "[a]ll disputes between the Parties in the above-captioned case have been fully and finally resolved between the Parties by mutual and confidential agreement." Id. Under Rule 41(a)(1), a plaintiff "may dismiss an action without a court order by filing" either "(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "(ii) a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1). Here, dismissal without a court order is not available because defendants have answered, ECF No. 7, and the notice of dismissal is not "signed by all parties who have appeared," ECF No. 27. However, under Rule 41(a)(2), "an action may be dismissed at the plaintiff's request . . . by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Because the court agrees that this case should be dismissed in light of the parties' agreement, the case is **DISMISSED**.

2

It is **SO ORDERED**.

Entered: December 11, 2024

Michael F. Urbanski
Senior United States District Judge